IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**DONALD RAY BROWN, #44479**                                                                    **PLAINTIFF**

**VERSUS**                                         **CIVIL ACTION NO.  5:06cv99DCB-MTP**

**DOLAN WALLER, NICOLE BROWN**
**and THELMA LINDSEY**                                                                          **DEFENDANTS**

## FINAL JUDGMENT

This cause is before the Court, <u>sua sponte</u>, for consideration of dismissal.  Pursuant to the Memorandum Opinion issued this day, it is hereby, ORDERED AND ADJUDGED that this cause be dismissed without prejudice.

SO ORDERED AND ADJUDGED, this the   27th    day of October, 2006.


                                                    s/ David Bramlette
                                         UNITED STATES DISTRICT JUDGE